Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Matthew T. Theriault (SBN 244037)
Matthew.Theriault@capstonelawyers.com
Alexandria Witte (SBN 273494)
Alexandria.Witte@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Zia Hicks and Anna Young

[*Additional Attorneys' names follow caption page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIA HICKS, et al.,<br><br>        Plaintiff<br><br>    vs.<br><br>TOYS 'R' US-DELAWARE, INC., et al.,<br><br>        Defendants.<br><br>NICOLETTE GRANA, et al.,<br><br>        Plaintiff<br><br>    vs.<br><br>TOYS 'R' US-DELAWARE, INC., et al.,<br><br>        Defendants. | Case No.: CV13-1302-DSF (JCGx)<br>Related Action: EDCV 13-01159 DSF (JCGx)<br><br>Assigned to the Hon. Dale S. Fischer<br><br>CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ.*<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT ON SHORT NOTICE** |

| | |
|---|---|
| 1 | Scott B. Cooper (State Bar No. 174520) |
| | scott@cooper-firm.com |
| 2 | The Cooper Law Firm, P.C. |
| | 2030 Main Street, Suite 1300 |
| 3 | Irvine, California 92614 |
| | Telephone: (949) 724-9200 |
| 4 | Facsimile: (949) 724-9255 |
| 5 | Roger Carter (State Bar No. 140196) |
| | rcarter@carterlawfirm.net |
| 6 | The Carter Law Firm |
| | 2030 Main Street, Suite 1300 |
| 7 | Irvine, California 92614 |
| | Telephone: (949) 260-4737 |
| 8 | Facsimile: (949) 260-4754 |
| 9 | Kashif Haque (State Bar No. 218672) |
| | khaque@aegislawfirm.com |
| 10 | Samuel Wong (State Bar No. 217104) |
| | swong@aegislawfirm.com |
| 11 | Aegis Law Firm, PC |
| | 9811 Irvine Center Drive, Suite 100 |
| 12 | Irvine, California 92618 |
| | Telephone: (949) 379-6250 |
| 13 | Facsimile: (949) 379-6251 |
| 14 | Attorneys for Plaintiff Nicolette Grana |

| | |
|---|---|
| 1 | # ORDER |
| 2 | Based on the Parties' stipulation, and **GOOD CAUSE** having been shown, **IT IS** |
| 3 | **HEREBY ORDERED** that Plaintiffs' Motion for Final Approval of Class Action |
| 4 | Settlement ("Motion") will be heard on the date currently scheduled, August 4, 2014 at |
| 5 | 1:30 p.m. Plaintiffs shall file the Motion by not later than July 25, 2014. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | **5/23/14** |
| 9 | Dated: _____  *[signature: Dale S. Fischer]* |
| 10 | Hon. Dale S. Fischer<br>United States District Judge |